Certificate Number: 05781-FLM-DE-041456780

Bankruptcy Case Number: 26-06569

05781-FLM-DE-041456780

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2026, at 12:50 o'clock PM PDT, Lisa Kalidas-Taylor completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: September 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President