Certificate Number: 05781-FLM-DE-041447368

Bankruptcy Case Number: 26-05176

05781-FLM-DE-041447368

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2026, at 12:19 o'clock PM PDT, Heidi Nieves completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: September 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President